**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Bloeser, | No. CV-19-00505-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

Pursuant to this Court's Order, issued on October 29, 2019, directing Plaintiff to file legible documents, the Court finds good cause to deny the request to seal the case and order the action dismissed due to Plaintiff's failure to follow the Court's directive.

**Accordingly,**

**IT IS ORDERED** that the Motion to Seal (Doc. 1) shall be DENIED; the case SHALL NOT BE SEALED.

**IT IS FURTHER ORDERED** that the action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 1st day of January, 2020.

_____
Honorable David C. Bury
United States District Judge